## Fornwalt v. Riffle et al., Appellants.

Argued October 28, 1940. Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN and PATTERSON, JJ.

*Anthony Cavalcante,* for appellants.

*J. K. Spurgeon,* for appellee.

PER CURIAM, October 30, 1940:

The preliminary injunction was granted, as Judge CARR said, ". . . to preserve the status quo until final hearing on the merits." In the circumstances, we all agree that the order appealed from should be affirmed and the record remitted immediately for trial at the earliest date compatible with the business of the court.